```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001242
Cashier ID: khaynes
Transaction Date: 11/20/2007
Payer Name: BURR AND FORMAN LLP
-----------------------------------
MISCELLANEOUS PAPERS
 For: BURR AND FORMAN LLP
 Case/Party: D-ALM-2-07-MC-003374-001
 Amount:          $39.00
-----------------------------------
CHECK
 Check/Money Order Num: 305442
 Amt Tendered:  $39.00
-----------------------------------
Total Due:        $39.00
Total Tendered: $39.00
Change Amt:       $0.00

WUNDERLICH-MALEC SYSTEMS, INC. V.
EISENMANN CORP.
```